**Order entered October 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01178-CV

## IN RE: THE COMMITMENT OF JOHNNY DOYLE BROWN, Appellant

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 94099-86**

## ORDER

Before the court is the October 13, 2016 motion of Elizabeth Crow Woods, Official Court Reporter for the 86th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** Ms. Woods, as the Official Court Report, to file the complete reporter's record by December 8, 2016.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Woods, court reporter Scott Smith, and counsel for all parties.

/s/ ELIZABETH LANG-MIERS
   JUSTICE